**UNITED STATES of America,**
**Appellee,**

v.

**Dewayne Calvin BRYANT, also known as Weasel, also known as Weed, also known as Whees, Appellant.**

No. 08–1544.

United States Court of Appeals,
Eighth Circuit.

Submitted: March 26, 2009.

Filed: March 31, 2009.

Michael S. Huffman, Independence, MO, for appellant.

Amy B. Marcus, Asst. U.S. Atty., Kansas City, MO, for appellee.

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

[UNPUBLISHED]

PER CURIAM.

Upon revoking Dewayne Calvin Bryant's supervised release, the district court [1] sentenced him above the advisory Guidelines range (4–10 months) to 20 months in prison with no further supervised release. Bryant appeals his sentence.

We conclude that the sentence is not unreasonable. *See United States v. Tyson*, 413 F.3d 824, 825 (8th Cir.2005) (per curiam) (review of revocation sentences). First, the 20–month sentence does not exceed the statutory maximum authorized where the offenses underlying Bryant's supervised release were a Class B felony and a Class C felony. *See* 18 U.S.C. § 3583(e)(3) (maximum prison term upon revocation of supervised release is 3 years for Class B felony and 2 years for Class C felony). Second, the sentence resulted from the district court's consideration of relevant policy statements and 18 U.S.C. § 3553(a) factors. *See* 18 U.S.C. § 3583(e) (specifying § 3553(a) factors court should consider in revocation decision); U.S.S.G. § 7B1.4, p.s. (recommended prison term); *United States v. Nelson*, 453 F.3d 1004, 1006 (8th Cir.2006) (appellate court reviews revocation sentence to determine

---

1. The Honorable Howard F. Sachs, United States District Judge for the Western District of Missouri.

whether it is unreasonable in relation to, inter alia, advisory Guidelines range and § 3553(a) factors).

Accordingly, we affirm the judgment. We also grant counsel's motion to withdraw.